UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CITIZENS FIRST NATIONAL BANK, *a National Banking Association*,<br><br>           Plaintiff,<br>   v.<br><br>HARTMANN PROPERTIES, LLC, *an Illinois Limited Liability Company, et al.*,<br><br>           Defendants. | ) ) ) ) ) ) ) ) ) ) | No.<br>Judge<br><br>FILED: MARCH 20, 2008<br>08CV1642      AEE<br>JUDGE ANDERSEN<br>MAGISTRATE JUDGE DENLOW<br><br>(Formerly No. 08 CH 0139<br>Circuit Court of LaSalle County) |

### NOTICE OF FILING OF PAPERS REMOVING ACTION TO THE UNITED STATES DISTRICT COURT

TO:  SEE ATTACHED SERVICE LIST

     PLEASE TAKE NOTICE that on March 20, 2008, a Notice of Removal of the complaint in the above-titled action was filed with the Clerk of the United States District Court for the Northern District of Illinois.  The notice was filed by and on behalf of the named federal defendant, the Pension Benefit Guaranty Corporation, ("PBGC"), a wholly- owned United States Government Corporation, an agency of the United States of America.

     TAKE FURTHER NOTICE that, as provided by 28 U.S.C. §1446(d), the Thirteenth Judicial Circuit Court for LaSalle County, Illinois, "shall proceed no further on Citizens First National Bank's complaint unless and until the case is remanded."

     A copy of the Notice of Removal, with attachments, is annexed to this Notice.

This Notice is furnished and shall be filed as provided by 28 U.S.C. §1446(d).

                Respectfully submitted,

                PATRICK J. FITZGERALD
                United States Attorney

                /s/ Joel Nathan
                JOEL NATHAN (ARDC 2019566)
                Assistant United States Attorney
                219 South Dearborn Street
                Chicago, Illinois 60604
                (312) 353-8449

AFFIDAVIT OF MAILING

DONNA M. OSOWSKI being first duly sworn on oath deposes and says that she is employed in the office of the United States Attorney for the Northern District of Illinois; that on the ____ day of _____ 2008, she placed a copy of its Notice of Filing of Papers Removing Action to the United States District Court and Notice of Removal to the United States District Court for the Northern District of Illinois in an envelope addressed to each of the following named individuals and caused each envelope to be deposited in the United States mail chute located in the Everett McKinley Dirksen Building, Chicago, Illinois, on said date.

Timothy J. Howard
Frank W. Ierulli
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, IL 61602

Thomas J. Streit, Registered Agent
1999 West Downer Place
Aurora, IL 60506

Mid-States Express, Inc.
Thomas J. Streit, Registered Agent
1999 West Downer Place
Aurora, IL 60506

Consolidated Freightways Corporation of Delaware
Prentice Hall Corporation, Registered Agent
33 North LaSalle Corporation
Chicago, IL 60602


_____

SUBSCRIBED AND SWORN TO before me

this _____ day of _____, 2008


_____
NOTARY PUBLIC