## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                    Case Number: 08 C 1642

Citizens First National Bank
v.
Hartmann Properties, LLC, et al.


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Citizens First National Bank, a National banking association.
Plaintiff / Cross-Defendant.


| NAME (Type or print) |
| --- |
| Timothy J. Howard |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Timothy J. Howard |
| FIRM |
| Howard & Howard Attorneys, P.C. |
| STREET ADDRESS |
| 211 Fulton Street, Suite 600 |
| CITY/STATE/ZIP |
| Peoria, Illinois 61602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 01271202 | (309) 672-1483 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] |