### U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 1642 |
|---|---|

Citizens First National Bank
v.
Hartmann Properties, LLC, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Citizens First National Bank, a National banking association.
Plaintiff / Cross-Defendant.

| NAME (Type or print) |
|---|
| Tracy C. Litzinger |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Tracy C. Litzinger |

| FIRM |
|---|
| Howard & Howard Attorneys, P.C. |

| STREET ADDRESS |
|---|
| 211 Fulton Street, Suite 600 |

| CITY/STATE/ZIP |
|---|
| Peoria, Illinois 61602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06225477 | (309) 672-1483 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐