IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITIZENS FIRST NATIONAL BANK, a national banking association,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HARTMANN PROPERTIES, LLC, an Illinois limited liability company, CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE, a Delaware corporation, PENSION BENEFIT GUARANTY CORPORATION, a Federal corporation, MID-STATES EXPRESS, INC., an Illinois corporation, UNKNOWN OWNERS and NON-RECORD CLAIMANTS,<br><br>　　　　Defendants.<br><br>And<br><br>PENSION BENEFIT GUARANTY CORPORATION, a Government Corporation,<br><br>　　　　Cross-Plaintiff,<br><br>v.<br><br>HARTMANN PROPERTIES, LLC, an Illinois limited liability company, CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE, a Delaware corporation, MID-STATES EXPRESS, INC., an Illinois corporation, UNKNOWN OWNERS and NON-RECORD CLAIMANTS,<br><br>　　　　Cross-Defendants. | Case No. 08 C 1642<br><br>**RULE 7.1<br>DISCLOSURE STATEMENT** |

　　　The undersigned, counsel of record for CITIZENS FIRST NATIONAL BANK, a national banking association, in compliance with Federal Rule of Civil Procedure 7.1 and N.D. Ill. L.R. 3.2, certifies as follows:

#362205-v1

(1) Princeton National Bancorp, Inc., a Delaware corporation, is the sole owner of Citizens First National Bank, a national banking association;

(2) Princeton National Bancorp, Inc. is a publicly traded corporation on NASDAQ; and

(3) No publicly held corporation owns ten percent or more of the stock of Princeton National Bancorp, Inc.

Dated: April 9, 2007.

s/Timothy J. Howard
Timothy J. Howard, ARDC No. 01271202
Tracy C. Litzinger, ARDC No. 06225477
Howard and Howard Attorneys, P.C.
211 Fulton Street
Suite 600
Peoria, IL 61602
Phone Number: (309) 672-1483
Fax Number: (309) 672-1568
E-Mail Address: tjh@h2law.com

(Rev. 04/03)

## CERTIFICATE OF ELECTRONIC FILING
## AND CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on April 9, 2008, I electronically filed a true and correct copy of the foregoing document with the Clerk of this Court using the CM/ECF system, which sent notification of such filing to the following:

AUSA
United States Attorney's Office
219 S. Dearborn Street
Suite 500
Chicago, Illinois 60604

Joel R. Nathan
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604

I also certify that a true and correct copy of the foregoing document was served by First Class U.S. Mail, postage prepaid, on April 9, 2008 to the following non-CM/ECF participant(s):

Hartmann Properties, LLC
c/o Thomas J. Streit, Registered Agent
1999 West Downer Place, #101
Aurora, Illinois 60506

Mid-States Express, Inc.
c/o Thomas J. Streit, Registered Agent
1999 West Downer Place, #101
Aurora, Illinois 60506

Tania M. Moyron
Levene, Neale, Bender, Rankin & Brill L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067

/s/    Timothy J. Howard
Timothy J. Howard, ARDC No. 01271202
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, Illinois 61602
Telephone:    (309) 672-1483
Facsimile:    (309) 672-1568
Email: THoward@howardandhoward.com

(Rev. 04/03)