IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITIZENS FIRST NATIONAL BANK, a national banking association,<br><br>      Plaintiff,<br><br>v.<br><br>HARTMANN PROPERTIES, LLC, an Illinois limited liability company, CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE, a Delaware corporation, PENSION BENEFIT GUARANTY CORPORATION, a Federal corporation, MID-STATES EXPRESS, INC., an Illinois corporation, UNKNOWN OWNERS and NON-RECORD CLAIMANTS,<br><br>      Defendants.<br><br>And<br><br>PENSION BENEFIT GUARANTY CORPORATION, a Government Corporation,<br><br>      Cross-Plaintiff,<br><br>v.<br><br>HARTMANN PROPERTIES, LLC, an Illinois limited liability company, CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE, a Delaware corporation, MID-STATES EXPRESS, INC., an Illinois corporation, UNKNOWN OWNERS and NON-RECORD CLAIMANTS,<br><br>      Cross-Defendants. | Case No. 08 C 1642<br><br>**MOTION TO DISMISS PARTY DEFENDANT** |

#361272-v1

NOW COMES the Plaintiff, CITIZENS FIRST NATIONAL BANK, a National banking association, by Howard & Howard Attorneys, P.C., and moves to dismiss CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE, as a party defendant by reason of its filing a release of its senior mortgage as described in the Complaint. This Defendant no longer has any interest in the property to be foreclosed upon.

April 9, 2008.                                         CITIZENS FIRST NATIONAL BANK

                                                       By: /s/Timothy J. Howard
                                                           Timothy J. Howard

Timothy J. Howard, ARDC No. 01271202
Tracy C. Litzinger, ARDC No. 06225477
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, Illinois 61602
Telephone:    (309) 672-1483
Facsimile:    (309) 672-1568

<u>**CERTIFICATE OF ELECTRONIC FILING**</u>
<u>**AND CERTIFICATE OF SERVICE**</u>

I, the undersigned, do hereby certify that on April 9, 2008, I electronically filed a true and correct copy of the foregoing document with the Clerk of this Court using the CM/ECF system, which sent notification of such filing to the following:

AUSA
United States Attorney's Office
219 S. Dearborn Street
Suite 500
Chicago, Illinois  60604

Joel R. Nathan
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604

I also certify that a true and correct copy of the foregoing document was served by First Class U.S. Mail, postage prepaid, on April 9, 2008 to the following non-CM/ECF participant(s):

Hartmann Properties, LLC
c/o Thomas J. Streit, Registered Agent
1999 West Downer Place, #101
Aurora, Illinois  60506

Mid-States Express, Inc.
c/o Thomas J. Streit, Registered Agent
1999 West Downer Place, #101
Aurora, Illinois  60506

Tania M. Moyron
Levene, Neale, Bender, Rankin & Brill L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California  90067

/s/     Timothy J. Howard
Timothy J. Howard, ARDC No. 01271202
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, Illinois 61602
Telephone:    (309) 672-1483
Facsimile:     (309) 672-1568
Email:  <u>THoward@howardandhoward.com</u>