# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 8 C 1642 | DATE | 4/11/2008 |
| CASE TITLE | Citizens First Natonal Bank vs. Hartmann Properties et al | | |

**DOCKET ENTRY TEXT**

Enter order dismissing party defendant Consolidated Freightways Corporation of Delaware.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: TSA