

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITIZENS FIRST NATIONAL BANK, a national banking association,<br><br>   Plaintiff,<br><br>v.<br><br>HARTMANN PROPERTIES, LLC, an Illinois limited liability company, CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE, a Delaware corporation, PENSION BENEFIT GUARANTY CORPORATION, a Federal corporation, MID-STATES EXPRESS, INC., an Illinois corporation, UNKNOWN OWNERS and NON-RECORD CLAIMANTS,<br><br>   Defendants.<br><br>And<br><br>PENSION BENEFIT GUARANTY CORPORATION, a Government Corporation,<br><br>   Cross-Plaintiff,<br><br>v.<br><br>HARTMANN PROPERTIES, LLC, an Illinois limited liability company, CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE, a Delaware corporation, MID-STATES EXPRESS, INC., an Illinois corporation, UNKNOWN OWNERS and NON-RECORD CLAIMANTS,<br><br>   Cross-Defendants. | Case No. 08 C 1642<br><br>**ORDER DISMISSING PARTY DEFENDANT** |

THIS MATTER coming before the Court on the Plaintiff's Motion to Dismiss Party Defendant, the Court being fully advised in the premises,

IS HEREBY ORDERED that CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE, is hereby dismissed as a party defendant.

Entered April 11, 2008.

_____
JUDGE