# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 1642

Citizens First National Bank
v.
Hartmann Properties, LLC, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Citizens First National Bank, a National banking association.
Plaintiff/Cross-Defendant.

| | |
|---|---|
| **NAME (Type or print)** <br> Thomas J. Dillon | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Thomas J. Dillon | |
| **FIRM** <br> McFadden & Dillon, P.C. | |
| **STREET ADDRESS** <br> 120 S. LaSalle Street, Suite 1335 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60603 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 3124223 | **TELEPHONE NUMBER** <br> (312) 201-8300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |