Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 C 1642 | **DATE** | 6/17/2008 |
| **CASE TITLE** | Citizens First National Bank vs. Hartmann Properties et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to dismiss complaint [16] is granted. Enter order. This case is hereby dismissed without prejudice.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUN 18 AM 7:39
CLERK
U.S. DISTRICT COURT

Courtroom Deputy Initials: TSA