IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DRAFT**

| | |
|---|---|
| CITIZENS FIRST NATIONAL BANK, a national banking association,<br><br>    Plaintiff,<br><br>v.<br><br>HARTMANN PROPERTIES, LLC, an Illinois limited liability company, CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE, a Delaware corporation, PENSION BENEFIT GUARANTY CORPORATION, a Federal corporation, MID-STATES EXPRESS, INC., an Illinois corporation, UNKNOWN OWNERS and NON-RECORD CLAIMANTS,<br><br>    Defendants.<br><br>And<br><br>PENSION BENEFIT GUARANTY CORPORATION, a Government Corporation,<br><br>    Cross-Plaintiff,<br><br>v.<br><br>HARTMANN PROPERTIES, LLC, an Illinois limited liability company, CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE, a Delaware corporation, MID-STATES EXPRESS, INC., an Illinois corporation, UNKNOWN OWNERS and NON-RECORD CLAIMANTS,<br><br>    Cross-Defendants. | Case No. 08 C 1642<br><br>**ORDER DISMISSING<br>THE COMPLAINT** |

#371076-v1

## ORDER

THIS MATTER COMING on to be heard upon the Motion of the Plaintiff, Citizens First National Bank, for Dismissal of its Complaint and the Court having been advised that the mortgage has been reinstated by the Plaintiff, Citizens First National Bank;

IT IS HEREBY ORDERED that the Complaint be and is hereby dismissed without prejudice.

ENTER: this 17th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE