IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CITIZENS FIRST NATIONAL BANK, A National Banking Association | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| HARTMANN PROPERTIES, LLC | ) ) | |
| Defendants. | ) ) | |
| And | ) ) | No. 08 C 1642 Judge Anderson |
| PENSION BENEFIT GUARANTY CORPORATION, A Government Corporation, | ) ) ) ) ) | |
| Counter-Plaintiff, v. | ) ) ) | |
| HARTMAN PROPERTIES, LLC, An Illinois Limited Liability Company; *et. al.*, , | ) ) ) ) | |
| Counter-Defendants. | ) | |

## NOTICE OF DISMISSAL OF COUNTERCLAIM WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(c), Counter-Plaintiff, the Pension Benefit Guaranty Corporation ("PBGC"), by counsel, files this Notice of Dismissal of Counterclaim, Without Prejudice, and states:

1. This case was commenced by the filing of a complaint by Citizens First National Bank ("Citizens") in the Circuit Court of LaSalle County, Illinois, to foreclose a mortgage on real estate.

2. Subsequent to the filing of the case, PBGC removed the case to the United States District Court for the Northern District of Illinois (the "Court") and filed a counterclaim to foreclose its mortgage against the real estate (the "Counterclaim").

3. On May 29, 2008, Citizens filed in this case a Motion to Dismiss Complaint. On June 17, 2008, the Court entered an Order Dismissing the Complaint.

4. As a result of the dismissal of Citizens' Complaint, PBGC has also decided to dismiss its counterclaim.

5. Pursuant to Fed. R. Civ. P. 41(c), because no responsive pleading has been filed and no evidence has been introduced at a hearing or trial with respect to the Counterclaim, the Counterclaim shall be dismissed without prejudice by notice.

6. Accordingly, PBGC herein provides notice of its dismissal of the Counterclaim filed in the above captioned action.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

        By:/s/ Joel Nathan
        JOEL NATHAN
        Assistant United States Attorney
        219 S. Dearborn Street
        Chicago, Illinois  60604
        (312) 353-8449
        Attorney No. 2019566

ISRAEL GOLDOWITZ
Chief Counsel
CHARLES L. FINKE
Associate Chief Counsel
JOEL W. RUDERMAN
Assistant Chief Counsel
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Phone: (202) 326-4020 ext. 3926
Fax: (202) 326-4112
E-mail: ruderman.joel@pbgc.gov
Attorneys for Plaintiff
Pension Benefit Guaranty Corporation

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## NOTICE OF DISMISSAL OF COUNTERCLAIM WITHOUT PREJUDICE

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail June 23, 2008to the following non-ECF filers:

Timothy J. Howard
Frank W. Ierulli
Howard & Howard Attorneys, P.C.
211 Fulton St., Suite 600
Peoria, IL 61602

Hartmann Properties LLC and
Mid-States Express, Inc.
c/o Thomas J. Streit
1999 W. Downer Place. #101
Aurora, IL 60506

                                            PATRICK J. FITZGERALD
                                            UNITED STATES ATTORNEY

                                            By: /s/ Joel Nathan
                                            JOEL R. NATHAN
                                            Assistant United States Attorney